MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (CABN 150571)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No. CR 12-0214 RS |
|         Plaintiff,           ) | |
|      v.                ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 22, 2012 TO JUNE 12, 2012 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT |
| WALTER SWIFT,          ) | |
|         Defendant.     ) | |
| _____ ) | |

The defendant, Walter Swift, represented by Elizabeth Falk, Assistant Federal Public

Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney,

appeared before the Honorable Richard Seeborg on May 22, 2012 for a status conference.  The

defendant asked that the matter be continued to June 5, 2012, as the parties were attempting to

resolve the matter.  The Court set the matter to June 5, 2012.  The parties agreed that time is

appropriately excluded under 18 U.S.C. § 3161, the Speedy Trial Act through June 5, 2012.  The

parties appeared before the Honorable Richard Seeborg on June 5, 2012 and the defendant

requested a motions schedule such that the defendant will file a motion on June 12, 2012.  The

STIPULATION AND [PROPOSED] ORDER
CR 12-0214 RS

1    hearing on the motion is set for July 10, 2012.  The parties agreed that time is also appropriately

2    excluded between June 5 and June 12, 2012 for effective preparation of counsel.

3            The defendant agrees that an exclusion of time is appropriate under the Speedy Trial Act

4    between May 22, 2012 and June 12, 2012, for purposes of effective preparation of counsel, in

5    order to allow defense counsel with adequate time to review the discovery, conduct an

6    investigation, and consult with the defendant.  In addition, the defendant agrees to exclude for

7    this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that

8    granting the continuance, in order to provide defense counsel with adequate time to review the

9    discovery, conduct additional investigation, and consult with the defendant, is necessary for

10   effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

11   3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a

12   continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

13   U.S.C. § 3161(h)(7)(A).

14           In addition, the defendant agrees that time shall be excluded under the Speedy Trial Act

15   between June 12, 2012 and July 10, 2012 due to delay resulting from any pre-trial motion

16   through the conclusion of the hearing on or other prompt disposition of such matter.  18 U.S.C. §

17   3161(h)(1)(D).

18

19   SO STIPULATED:

20

21                                           MELINDA HAAG
                                             United States Attorney

22

23   DATED: June 7, 2012                     /s/
                                             _____
24                                           CYNTHIA M. FREY
                                             Assistant United States Attorney

25

26   DATED: June 7, 2012                     /s/
                                             _____
27                                           ELIZABETH FALK
                                             Attorney for WALTER SWIFT

28

STIPULATION AND [PROPOSED] ORDER
CR 12-0214 RS                          -2-

1    The Court finds that failing to exclude the time between May 22, 2012 and June 12,

2    2012 would unreasonably deny the defendant and counsel the reasonable time necessary for

3    effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

4    3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

5    between May 22, 2012 and June 12, 2012 from computation under the Speedy Trial Act

6    outweigh the best interests of the public and the defendants in a speedy trial.

7    Therefore, IT IS HEREBY ORDERED that the time between May 22, 2012 and June 5,

8    2012, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.

9    §§ 3161(h)(1)(G), (h)(7)(A), and 3161(h)(7)(B)(iv).

10

11    The Court further finds that time is appropriately excluded under the Speedy Trial Act

12    from June 12, 2012 to July 10, 2012 due to due to delay resulting from any pre-trial motion

13    through the conclusion of the hearing on or other prompt disposition of such matter.

14    IT IS THEREFORE ORDERED that the time between June 12, 2012 to July 10, 2012

15    shall be excluded from  computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(1)(D).

16

17    DATED: ___7/9/12_____    _____

18                                          HONORABLE RICHARD SEEBORG
                                         United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 12-0214 RS                    -3-